LAW LIBRARY

NO. 30636

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

JEAN R. KIKUMOTO
CLERK APPELLATE COURTS
STATE OF HAWAII

2010 AUG 18 PM 3:09

FILED

MICHAEL C. TIERNEY, Petitioner,

vs.

LOREN J. THOMAS, Deputy Prosecuting Attorney,
City and County of Honolulu, Respondent.

ORIGINAL PROCEEDING
(Cr. No. 08-1-0869)

ORDER

(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the motion for reconsideration of the August 2, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, August 18, 2010.